**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph Alvarado, | No. CV-18-02598-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| United States Government, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's September 27, 2018 Motion (Doc. 9) seeking leave to amend his Complaint. The Motion (Doc. 9) will be denied as premature as Plaintiff filed it before the Court addressed the August 20, 2018 Report and Recommendation (Doc. 6).[1]

Accordingly,

**IT IS ORDERED** denying Plaintiff's September 27, 2018 Motion (Doc. 9).

Dated this 28th day of September, 2018.

_____
Eileen S. Willett
United States Magistrate Judge

---

[1] The Report and Recommendation recommends that the Court dismiss Plaintiff's Complaint (Doc. 1) and grant Plaintiff leave to file a First Amended Complaint. (Doc. 6 at 4).