# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph Alvarado,<br><br>Plaintiff,<br><br>v.<br><br>United States Government, et al.,<br><br>Defendants. | No. CV-18-02598-PHX-ESW<br><br>**ORDER** |

Before the Court is Plaintiff Ralph Alvarado's ("Alvarado") Complaint. (Doc. 1.) The matter was referred to Magistrate Judge Eileen S. Willett for a Report and Recommendation. (Doc. 3.) On August 20, 2018, the Magistrate Judge filed a recommendation with this Court. (Doc. 6.) To date, no objection has been filed.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of

finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objection having been made, the Court hereby accepts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

Accordingly,

**IT IS HEREBY ORDERED** accepting the Report and Recommendation of Magistrate Judge Eileen S. Willett. (Doc. 6.)

**IT IS FURTHER ORDERED** dismissing the Complaint (Doc. 1) without prejudice.

**IT IS FURTHER ORDERED** granting Plaintiff leave to file a First Amended Complaint in accordance with the instructions explained in the Report and Recommendation by **Friday, October 26, 2018.**

Dated this 28th day of September, 2018.

Honorable Stephen M. McNamee
Senior United States District Judge