# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph Alvarado,<br><br>    Plaintiff,<br><br>v.<br><br>United States Government, et al.,<br><br>    Defendants. | **NO. CV-18-02598-PHX-ESW**<br><br>**ORDER** |

Before the Court is Plaintiff Ralph Alvarado's Motion for Discovery to Reopen This Case. (Doc. 14.) The matter was referred to Magistrate Judge Eileen S. Willett for a Report and Recommendation. (Doc. 3.) On February 1, 2019, the Magistrate Judge filed a Report and Recommendation with this Court. (Doc. 16.) To date, no objections have been filed.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of

finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Doc. 16.)

**IT IS FURTHER ORDERED** denying Plaintiff's Motion for Discovery to Reopen This Case. (Doc. 14.)

Dated this 25th day of February, 2019.

Honorable Stephen M. McNamee
Senior United States District Judge